EXECUTIVE APPROVALS

| AME | | DATE |
|---|---|---|
| CRUSHY | | |
| ENNETT | | 1/27 |
| ARMAN | TW Carman | 4/26/99 |
| MARTIN | | |
| MURPHY | | |

| RECEIVED | NAME | DATE APPROVED |
|---|---|---|
| | RVP | 4/23/99 |
| | SHARON FAULKNER | 4/21/99 |
| | SVP/GVP - DIAGNOSTICS | 11/24/98 4/26/99 |
| | MANAGED CARE | 1/20/99 |
| | TEAM LEADER | 1/6/98, 3/16/99 |
| | DEVELOPMENT Lecia Pate | 4-14-99 ~~11-19-98~~ |

98-77-38

Oklahoma City

Medical Imaging Center of Oklahoma

Lecia Pate

DUE DILIGENCE CHECKLIST

NARRATIVE ✓ EQUIPMENT LIST ✓

DUE DILIGENCE ✓ PROFORMA ✓

4 WEEK UPDATE ____

STAFFING PLAN ✓

BUILDING/LH PLANS ____

LEASE REVIEWED ____

New Store

New Market

EXHIBIT

1

# HEALTHSOUTH Rehabilitation Corporation

## Wire Transfer Request

Operating Unit: CORP. DEV.

Requested By: Chris Ransom for Lecia Pate

Date Requested: 5/24/99

Date/Time Needed:

Purpose of Wire: Acquisition of Medical Imaging Center of Oklahoma

Wire Amount: $2,400,000

| | |
|---|---|
| A/R | |
| EQ. | $525,000 |
| N/C | |
| GW | $1,875,000 |
| Total | $2,400,000 |

Wire Instructions:

**Bank Name:**

**Bank City, State:**

**ABA Number:**

**Account Name:**

**Address of Person/Business on acct.**

**Account Number:**

Further Credit to:

Account Number:

Reference:

Notification:

**Items in **bold must** be filled in**

Approval: Operating Unit: [signature] 6/3/99

Mike Martin: Treasury [signature] 6/10/99

**Please forward completed request forms to Catherine Noojin by 10:30 AM on the date that the wire is needed.**

# Medical Imaging Center of Oklahoma
## Oklahoma City, OK
## Executive Summary

**Purchase Price Summary:**

| | | Start-up Capital Requirements | Cash Paid to Seller |
|---|---|---|---|
| Ownership % | 100% | | |
| Goodwill Up Front | | N/A | 1,875,000 |
| Goodwill Over Time | | N/A | 200,000 |
| Non Compete Up Front | | N/A | 0 |
| Non Compete Over Time | | N/A | 500,000 |
| Accounts Receivable | | N/A | 0 |
| Working Capital | | 400,000 | N/A |
| Land | | 0 | 0 |
| Leaseholds | | 0 | 0 |
| Building | | 0 | 0 |
| Equipment | | 0 | 525,000 |
| Assumption of Seller's A/P | | N/A | 0 |
| Total Consideration | | 400,000 | 3,100,000 |
| Goodwill Over Time | | N/A | 200,000 |
| Non Compete Over Time | | N/A | 500,000 |
| Assumption of Current Debt | | N/A | 0 |
| Cash Paid at Closing | | 400,000 | 2,400,000 |

**Profile Info:**

| | |
|---|---|
| Building Square Footage | 5,600 |
| Modalities: (Circle Available Mods) | |
| MRI CT MM US XR | |
| Procedures Per Day | 41 |
| Procedures Per Year (YTD Annualiz | 10,340 |
| Projected Procedures Per Day | 42 |

**Statistics Per Procedure:**

| | YTD Annualized | Projected Year 1 |
|---|---|---|
| Purchase Price/Procd | 85,974 | |
| Gross Revenue/Procd | 306.01 | 418.25 |
| Net Revenue/Procd | 306.01 | 298.21 |
| Salary/Procd | 40.94 | 35.67 |
| Total Expense/Procd | 177.28 | 185.24 |

**Market Info:**

HS Market -

HS Mkt Code: OK-01

HS Mkt Description: Oklahoma City

Is this a new HS Mkt for Diagnostics? Yes

*If no, please attach schedule of all Diagnostic centers in that market.*

MSA -

MSA: Oklahoma City, OK

Is this a new MSA for Diagnostics? Yes

*If yes, please attach schedule of at least 3 existing HS comparable Diagnostics centers.*

COMPLETE
[signature] 4/27

**Income Statement Summary:**

| | Annlized | Year 1 | Gross Rev | Net Rev |
|---|---|---|---|---|
| Gross Revenue | 3,164,213 | 4,513,898 | 100% | 140% |
| Contractual Adjustments | 0 | 1,295,489 | 29% | 40% |
| Net Revenue | 3,164,213 | 3,218,409 | 71% | 100% |
| EBITDA (Cash Flow) | 1,442,637 | 1,594,537 | 35% | 50% |
| EBIT | 1,331,119 | 1,219,220 | 27% | 38% |
| Net Income | 1,275,686 | 982,032 | 22% | 31% |

**Return & Multiple Summary:**

| | | 3 Yr Avg Return Net Inv | Multiples ADJ YTD Annlized | Projected YR 1 |
|---|---|---|---|---|
| Net Revenue | | | 0.98 | 0.96 |
| EBITDA | | 41.75% | 2.15 | 1.94 |
| EBIT | | 32.17% | 2.33 | 2.54 |
| Net Income - ROA | | 26.71% | 2.43 | 3.16 |
| Cash Flow | | 20.00% | | |
| Payback Period (Years) | 2.45 | | | |

**Medical Imaging Center of Oklahoma**
**Oklahoma City, OK**
**Valuation**

| | Upfront | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | 1,875,000 | 1,941,867 | 2,008,333 | 2,075,000 | 2,075,000 | 2,075,000 |
| | 0 | 100,000 | 200,000 | 300,000 | 400,000 | 500,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 525,000 | 1,672,370 | 2,084,870 | 2,094,870 | 2,104,870 | 2,114,870 |
| ...a | 0 | 215,000 | 285,000 | 275,000 | 285,000 | 295,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| End of Year | 2,900,000 | 4,329,537 | 4,958,203 | 5,144,870 | 5,264,870 | 5,384,870 |
| | | 375,317 | 805,468 | 1,237,535 | 1,671,518 | 2,107,419 |
| ...nent Total | 2,800,000 | 3,954,220 | 4,152,736 | 3,907,335 | 3,593,352 | 3,277,451 |

| | HISTORICAL PY 1997 | Adjusted Annlzd YTD 1998 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|
| # of mos: | | 12 | | | | | |
| | 0 | 10 | 10 | 11 | 12 | 12 | 12 |
| | 0 | 3 | 4 | 5 | 6 | 6 | 6 |
| ...cedures | 0 | 28 | 28 | 30 | 33 | 35 | 37 |
| ...Procedures | 0 | 41 | 42 | 47 | 52 | 54 | 56 |
| ...s Revenue | 0 | 3,164,213 | 4,513,598 | 5,118,613 | 5,853,791 | 5,665,597 | 5,756,915 |
| ...s to Revenue | | | | | | | |
| Contractuals | 0 | 0 | 1,295,489 | 1,509,991 | 1,724,406 | 1,784,663 | 1,842,213 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ...evenue | 0 | 3,164,213 | 3,218,409 | 3,608,622 | 3,929,385 | 3,880,934 | 3,914,702 |
| **...PENSES** | | | | | | | |
| Salaries & Wages | 0 | 423,379 | 358,379 | 363,755 | 369,211 | 374,749 | 380,371 |
| Taxes & Benefits | 0 | 74,521 | 53,757 | 54,563 | 55,382 | 56,212 | 57,056 |
| Contract Labor | 0 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 |
| Total Salary Related Expense | 0 | 508,228 | 422,463 | 428,646 | 434,920 | 441,289 | 447,754 |
| 15% Professional (Rad) Fees | 0 | 474,632 | 514,945 | 577,380 | 589,408 | 582,140 | 587,205 |
| 2% Billing and Collection | 0 | 75,086 | 96,552 | 108,259 | 117,862 | 116,428 | 117,441 |
| Contract Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | 0 | 200,849 | 194,264 | 214,793 | 237,653 | 244,602 | 255,941 |
| Utilities (Includes Telephone) | 0 | 45,358 | 45,358 | 45,358 | 45,358 | 45,358 | 45,358 |
| Other Variable | 0 | 205,149 | 154,304 | 154,304 | 154,304 | 154,304 | 154,304 |
| Total Variable Expense | 0 | 1,001,074 | 1,005,424 | 1,100,093 | 1,144,604 | 1,142,832 | 1,160,249 |
| *See other variable analysis for decrease in OV | | | | | | | |
| Equipment Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lease/Rent Expense - Bldg | 0 | 45,120 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 |
| Equip R&M & Serv Cont | 0 | 121,000 | 93,830 | 212,000 | 212,000 | 212,000 | 212,000 |
| Depreciation & Amort LHI | 0 | 106,851 | 223,442 | 278,275 | 280,192 | 282,109 | 284,025 |
| Amortization of Intangibles | 0 | 4,867 | 151,875 | 151,875 | 151,875 | 151,875 | 151,875 |
| Insurance | 0 | 25,239 | 25,239 | 25,239 | 25,239 | 25,239 | 25,239 |
| Advertizing/Marketing | 0 | 20,915 | 20,915 | 20,915 | 20,915 | 20,915 | 20,915 |
| Interest | 0 | 55,433 | 237,188 | 235,317 | 233,281 | 231,064 | 228,652 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Fixed Expense | 0 | 379,226 | 808,489 | 979,822 | 979,502 | 979,202 | 978,707 |
| Total Expenses | 0 | 1,888,528 | 2,236,377 | 2,508,360 | 2,559,026 | 2,563,324 | 2,586,710 |
| Net Inc before Mgmt Fees | 0 | 1,275,686 | 982,032 | 1,100,262 | 1,370,358 | 1,317,610 | 1,327,993 |
| Management Fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intercompany Interest | | | 0 | 0 | 0 | 0 | 0 |
| PARTNERSHIP INCOME | 0 | 1,275,686 | 982,032 | 1,100,262 | 1,370,358 | 1,317,610 | 1,327,993 |
| Income Tax | 0 | 0 | | | | | |
| Other Income (Expense) | 0 | 0 | | | | | |
| TOTAL INCOME | 0 | 1,275,686 | | | | | |
| Contractual % (not incl Bad Debt) | 0.00% | 0.00% | 28.70% | 29.50% | 30.50% | 31.50% | 32.00% |
| Net Margin (bef interest & mgt fee) | 0.00% | 42.07% | 37.86% | 37.01% | 40.81% | 39.90% | 39.76% |

| HEALTHSOUTH EARNINGS | Ownership % | 100% | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|
| Management Fee | | | 982,032 | 1,100,262 | 1,370,358 | 1,317,610 | 1,327,993 |
| Development Fee Rec (Paid) | | | 0 | 0 | 0 | 0 | 0 |
| Amortization Corp. Goodwill | | | 0 | 0 | 0 | 0 | 0 |
| Interest | | | 0 | 0 | 0 | 0 | 0 |
| | | | 237,188 | 235,317 | 233,281 | 231,064 | 228,652 |
| HEALTHSOUTH EBIT | | | 1,219,220 | 1,335,579 | 1,603,639 | 1,548,674 | 1,556,645 |
| Int Inc on Financing Total Assets | | | 0 | 0 | 0 | 0 | 0 |
| Partnership Interest | | | (237,188) | (235,317) | (233,281) | (231,064) | (228,652) |
| HEALTHSOUTH AFTER TAX INCOME | | | 982,032 | 1,100,262 | 1,370,358 | 1,317,610 | 1,327,993 |
| Add Back portion of: | | | | | | | |
| (a) Partnership Amortization | | | 151,875 | 151,875 | 151,875 | 151,875 | 151,875 |
| (a) Depreciation | | | 223,442 | 278,275 | 280,192 | 282,109 | 284,025 |
| Amortization of Intangibles | | | 0 | 0 | 0 | 0 | 0 |
| HEALTHSOUTH EBITDA | | Upfront | 1,594,537 | 1,765,729 | 2,035,706 | 1,982,658 | 1,992,545 |
| Sum of Capital Expenses & Earnout | | (2,800,000) | (1,362,870) | (462,000) | (20,000) | (20,000) | (20,000) |
| Goodwill Over Time | | | (66,667) | (66,667) | (66,667) | 0 | 0 |
| Non Compete Over Time | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| (Inc) Dec Accts Rec (365/YR) | | | (529,054) | (64,145) | (52,728) | 7,965 | (5,551) |
| Inc (Dec) Accts Pay (365/YR) | | | 148,119 | 28,240 | 5,488 | (218) | 2,147 |
| NET CASH FLOW | | (2,800,000) | (315,934) | 1,099,159 | 1,801,799 | 1,370,404 | 1,869,142 |

| | | Annlzd YTD | Proj Yr 1 |
|---|---|---|---|
| Purchase Price/Proced | 85,974 | | |
| EBITDA Multiple | | 2.15 | 1.94 |

| HS RETURN ANALYSIS | 3 Yr Avg | 5 Yr Avg | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| HS EBITDA | 41.5% | 40.3% | 44.7% | 38.0% | 40.3% | 38.1% | 38.0% | HS EBITDA/Avg Net Investment |
| HS EBIT | 32.2% | 31.3% | 34.2% | 28.8% | 31.7% | 29.6% | 45.3% | HS EBIT/Avg Net Investment |
| HS Net Income - ROA | 26.7% | 26.2% | 27.5% | 28.8% | 31.7% | 29.6% | 45.3% | HS Net Income/Avg Net Investment |
| HS Cash Flow | 20.0% | 27.2% | -8.9% | 23.7% | 27.1% | 25.3% | 38.7% | HS Cash Flow/Avg Net Investment |
| HS IRR | | 49.2% | | 23.7% | 35.7% | 35.9% | 54.4% | See Discounted Cash Flow Calculation - Ib |

(a) HS % of ownership

**PURCHASE PRICE**

| | | Multiple of Adj EBITDA |
|---|---|---|
| Total Consideration | 3,500,000 | 2.43 |
| Goodwill Over Time | 200,000 | |
| Non Compete Over Time | 500,000 | |
| Assumption of Current Debt | 0 | |
| Cash Paid at Closing | 2,800,000 | |
| Ownership % | 100.00% | |

**BALANCE SHEET (prorated for HS ownership)**

| Assets | Total | Days | Yrs of Depr |
|---|---|---|---|
| Working Capital | 400,000 | | |
| Accts Receivable | 0 | 60 | |
| Land | 0 | | |
| Building | 0 | | 30 |
| Leasehold Improvements | 0 | | 15 |
| Equip - Book Value | 525,000 | | 8 |
| Total Tangible Assets | 925,000 | | |

| | | Pay Out Period-Yrs | Yrs of Amort |
|---|---|---|---|
| Goodwill Up Front | 1,875,000 | | 40 |
| Goodwill Over Time | 200,000 | 3 | 40 |
| Non-Compete Up Front | 0 | | 5 |
| Non-Compete Over Time | 500,000 | 5 | 5 |
| Total Intangible Assets | 2,575,000 | | |
| Total Assets | 3,500,000 | | |

| Liabilities | Amount | Interest Rate | Term (Days/Years) |
|---|---|---|---|
| Assumption of Seller's liabilities - | | | |
| A/P & Other Liabilities | 0 | | 45 |
| Notes Payable & Capital Leas | 0 | 8.50% | 5 |
| | 0 | | |
| Acquisition Debt - | | | |
| Cash Consideration at closing | 2,800,000 | 8.50% | 30 |

**CAPITAL EXPENDITURES & EARNOUT**

| | Equipment | Leaseholds | Earnout |
|---|---|---|---|
| Upfront | 0 | 0 | 0 |
| Year 1 | 1,147,870 | 215,000 | 0 |
| Year 2 | 412,000 | 50,000 | 0 |
| Year 3 | 10,000 | 10,000 | 0 |
| Year 4 | 10,000 | 10,000 | 0 |
| Year 5 | 10,000 | 10,000 | 0 |
| Total | 1,589,870 | 295,000 | 0 |

**ASSUMPTIONS**

| | |
|---|---|
| New LPs added | 0 |
| Purchase price/unit | 0 |

Revenue Assumptions -

| Days: [illegible] | Procedures/Day MR | CT | Other |
|---|---|---|---|
| Year 1 | 10 | 4 | 28 |
| Year 2 | 11 | 5 | 30 |
| Year 3 | 12 | 6 | 33 |
| Year 4 | 12 | 6 | 35 |
| Year 5 | 12 | 6 | 37 |

| | Gross Rev/Scans MR | CT | Total Other Mods | Contractual Adjust |
|---|---|---|---|---|
| Year 1 | 973 | 525 | 203 | 28.70% |
| Year 2 | 973 | 525 | 203 | 29.50% |
| Year 3 | 973 | 525 | 203 | 30.50% |
| Year 4 | 973 | 525 | 203 | 31.50% |
| Year 5 | 973 | 525 | 203 | 32.00% |

| | Prof Fees | Billing Fees | Mgt Fees |
|---|---|---|---|
| Year 1 | 16.00% | 3.00% | 0.00% |
| Year 2 | 16.00% | 3.00% | 0.00% |
| Year 3 | 15.00% | 3.00% | 0.00% |
| Year 4 | 15.00% | 3.00% | 0.00% |
| Year 5 | 15.00% | 3.00% | 0.00% |

| | Salary Adj | Benefit Factor | Inflation Rate |
|---|---|---|---|
| Year 1 | 0.00% | [illegible] | 0.00% |
| Year 2 | 1.50% | 15.00% | 0.00% |
| Year 3 | 1.50% | 15.00% | 0.00% |
| Year 4 | 1.50% | 15.00% | 0.00% |
| Year 5 | 1.50% | 15.00% | 0.00% |

| Var Costs/Procedu | Salaries | Med Supplies | Total Exp |
|---|---|---|---|
| Year 1 | 33.21 | 18.00 | 185.74 |
| Year 2 | 30.48 | 18.00 | 190.49 |
| Year 3 | 27.96 | 18.00 | 176.15 |
| Year 4 | 27.58 | 18.00 | 171.63 |
| Year 5 | 26.75 | 18.00 | 165.54 |
| Bad Debt% | 0.00% | [illegible] | (does not incl Interest exp) |

okmico10 input 4/13/99 5:37 PM

Valuation Input

O

Medical Imaging Center of Oklahoma
Oklahoma City, OK
Dr. Tom Woolard

...are Footage: 5,600 Estimated
(Circle Available Mods)
MRI CT MM US XR

...BLES

| | Name |
|---|---|
| ...ty | |
| ...DO / RVP | |
| ...ion | |

...ASE PRICE

| | | Multiple of Adj EBITDA |
|---|---|---|
| ...nsideration for HS | 3,500,000 | 2.43 |
| ...hip % in Partnership Income | 100% | |
| ...hip % in Partnership Assets | 100% | |
| ...Rec (Paid) | | |

| | | Prime Rate |
|---|---|---|
| ...ng Provided by HS | | |
| Rate (Prime +1 if JV, Prime if 100%) | 9.50% | 8.50% |
| ...nos) | 360 | |
| ...n for HS if acquisition | 2,800,000 | |
| ...Rate | 8.50% | |
| ...nos) | 360 | |

...NCE SHEET

| | Total | # of Mos | Term / Days |
|---|---|---|---|
| ...Receivable | | | 60 |
| ...ng Capital | 400,000 | | |
| | | | |
| ...ng | | | 30 |
| ...hold Improvements | | | 15 |
| ...- Book Value | 525,000 | | 8 |
| ...tal Tangible Assets | 925,000 | | |

| | | Pay Out Period-Yrs | Term |
|---|---|---|---|
| ...dwill Up Front | 1,875,000 | | |
| ...dwill Over Time | 200,000 | 3 | 40 |
| ...-Compete Up Front | | | |
| ...-Compete Over Time | 500,000 | 5 | 5 |
| ...otal Intangible Assets | 2,575,000 | 14% | |
| ...al Assets | 2,575,000 | | |

| ...bilities | Amount | Term / Days |
|---|---|---|
| ...sumption of Seller's liabilities - | | |
| A/P & Other Liabilities | | 45 |
| Notes Payable & Cap Leases | | 5 |
| | | |
| ...quisition Debt - | | |
| Cash Consideration at closin | 2,800,000 | |

...APITAL EXPENDITURES **QUOTE FOR MRI ATTACHED

| | Equipment | Leaseholds | |
|---|---|---|---|
| Upfront | | | |
| Year 1-Replace MRI** | 1,147,870 | 215,000 | 60 |
| Year 2 | 412,000 | 50,000 | |
| Year 3-Upgrade CT | 10,000 | 10,000 | |
| Year 4 | 10,000 | 10,000 | |
| Year 5 | 10,000 | 10,000 | |

** Facility still split bills ... charges, with MRI Inc still collecting on these charges.
**Back up is in file labeled "Prof Fee Charge & Collect" & is added to Due Diligence.

| INCOME STATEMENT | HISTORICAL | | | | Annualized |
|---|---|---|---|---|---|
| | PY 1997 | YTD 1998 | Anlzd YTD 1998 | Adjustments | Adjusted |
| SCANS PER DAY | # of mos: | 12 | | | |
| MRI | | 9.94 | 9.94 | | 9.94 |
| CT | | 3.19 | 3.19 | | 3.19 |
| Other Procedures | | 27.58 | 27.58 | | 27.58 |
| Total Procedures | | 40.71 | 40.71 | | 40.71 |
| REVENUES **$684,383 in adjustment col. is professional revenue running through MRI, Inc. | | | | | |
| Gross Revenue | | 2,479,830 | 2,479,830 | 684,383 | 3,164,213 |
| Adjustments to Revenue | | | | | |
| Contractuals | | | | | |
| Bad Debt | | | | | |
| Net Revenue | | 2,479,830 | 2,479,830 | 684,383 | 3,164,213 |
| EXPENSES **See staffing list for reduction in staffing cost | | | | | |
| Salaries & Wages | | 537,781 | 537,781 | (114,402) | 423,379 |
| Taxes & Benefits | | 74,521 | 74,521 | | 74,521 |
| Contract Labor | | 10,327 | 10,327 | | 10,327 |
| Total Salary Related Expense | | 622,630 | 622,630 | (114,402) | 508,228 |
| (*$75,000- pulled out in billing salaries down to the billing line item.) | | | | | |
| Professional (Rad) Fees | | 144,132 | 144,132 | 330,500 | 474,632 |
| Billing and Collection | | 86 | 86 | 75,000 | 75,086 |
| Contract Services | | | | | |
| Medical Supplies | | 200,849 | 200,849 | | 200,849 |
| Utilities (Includes Telephone) | | 45,358 | 45,358 | | 45,358 |
| Other Variable | | 205,149 | 205,149 | | 205,149 |
| Total Variable Expense | | 595,574 | 595,574 | 405,500 | 1,001,074 |
| Equipment Rental | | 82,988 | 82,988 | (82,988) | |
| Lease/Rent Expense - Bldg | | 45,120 | 45,120 | | 45,120 |
| Equip R&M & Serv Cont | | 121,000 | 121,000 | | 121,000 |
| Depreciation & Amort LHI | | 106,651 | 106,651 | | 106,651 |
| Amortization of Intangibles | | 4,867 | 4,867 | | 4,867 |
| Insurance | | 25,239 | 25,239 | | 25,239 |
| Advertizing/Marketing | | 20,915 | 20,915 | | 20,915 |
| Interest | | 55,433 | 55,433 | | 55,433 |
| Management Fees | | 188,124 | 188,124 | (188,124) | |
| Total Fixed Expense | | 650,338 | 650,338 | (271,112) | 379,226 |
| Total Expenses | | 1,868,541 | 1,868,541 | 19,986 | 1,888,528 |
| Net Inc before Mgmt Fees | | 611,289 | 611,289 | 664,397 | 1,275,686 |
| Management Fee | | | | | |
| PARTNERSHIP INCOME | | 611,289 | 611,289 | 664,397 | 1,275,686 |
| Income Tax | | | | | |
| Other Income (Expense) | | | | | |
| TOTAL INCOME | | 611,289 | 611,289 | 664,397 | 1,275,686 |

ASSUMPTIONS
New LPs added
Purchase price/unit

| Revenue Assumptions - | Current | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Volume Increase for CT and Other | | | | | | |
| MR Scans/Day | 10 | 10 | 11 | 12 | 12 | 12 |
| CT Scans/Day | 3 | 4 | 5 | 6 | 6 | 6 |
| Other Procedures/Day | 28 | 28 | 30 | 33 | 35 | 37 |
| Total Procedures/Day | 41 | 42 | 47 | 52 | 54 | 56 |
| Fee Increase | | | | | | |
| MR Gross Rev/Scans | 973 | 973 | 973 | 973 | 973 | 973 |
| CT Gross Rev/Scans | 525 | 525 | 525 | 525 | 525 | 525 |
| Annual Total Other Mods | $203 | $203 | $203 | $203 | $203 | $203 |
| Avg Contractual Adjust | 29.50% | 28.70% | 29.50% | 30.50% | 31.50% | 32.00% |
| MR Net Rev/Scans | 696 | 694 | 686 | 676 | 667 | 662 |
| CT Net Rev/Scans | 375 | 374 | 370 | 365 | 360 | 357 |
| Total Other Mods | 145 | 145 | 143 | 141 | 139 | 138 |
| Prof / Rad Fees | 15.00% | 16.00% | 16.00% | 15.00% | 15.00% | 15.00% |
| Billing Fees | 2.37% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Mgt Fees (% of Net Rev) | | | | | | |

| Var Cost/Procedure: | | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| | | 1.50% | 1.50% | 1.50% | 1.50% |

ma City, OK - Medical Imaging Center of Oklahoma - MICO

r Variable from Income Statement Period Ending 12/31/98

| | | | |
|---|---|---|---|
| ccounting Fees | $25,349 | -$16,500 | $8,849 |
| Auto | $2,100 | | $2,100 |
| Bank Charges | $5,501 | | $5,501 |
| Computer Expenses | $12,565 | | $12,565 |
| Consulting | $2,345 | -$2,345 | $0 |
| Continuing Education | $2,592 | | $2,592 |
| Contribution | $1,866 | | $1,866 |
| Dues & Subscriptions | $13,626 | | $13,626 |
| Filing Fees | $2,822 | | $2,822 |
| Janitorial Services | $4,200 | | $4,200 |
| Legal Fees | $6,828 | | $6,828 |
| Office Supplies | $21,686 | | $21,686 |
| Other Expenses | $67 | | $67 |
| Postage | $18,031 | | $18,031 |
| Plant Rental Expense | $135 | | $135 |
| Permits/Fees | $28 | | $28 |
| Bldg Repairs & Maintenance | $59,725 | -$32,000 | $27,725 |
| Security | $126 | | $126 |
| Storage Off Site | $4,246 | | $4,246 |
| Taxes - Other | $18,084 | | $18,084 |
| Travel | $2,907 | | $2,907 |
| Visa/Mastercard | $322 | | $322 |
| **Total Other Variable** | **$205,149** | **-$50,845** | **$154,304** |

ROOFING & PLUMBING REPAIRS - NON RECURRING

3/26/99

**PROJECT PROFILE** 

Project Number: 9801051628

Is this Project a component of an IMP? 

If Yes, select IMP:

| | | | |
|---|---|---|---|
| Type of File* | Diagnostic - Blue | Type of Project * | Acquisition |
| Product Line | DX | HS Facility Number | (format ex: 040123-00) |
| Center Name | Medical Imaging Center of Oklahoma | Primary Center Contact: Salutation * | Dr. |
| Main Address | 1145 SW 74th Street | First Name | Tom |
| Address (2nd Line) | Bldg. A | Last Name | Woolard |
| City | Oklahoma City | Title | |
| State * | OK | County | County |
| Zip | 73139 | Phone | (800) 322-6213 |
| MSA | Oklahoma City OK MSA | Fax | (405) 631-2400 |
| Legal Name: | | Other Phone Numbers | (405) 631-6426(405) 231-9323 Dr. Woolard's Pager |
| Tax ID Number: | | Other Center Contacts | Dr. Clark Ward |
| Number of Locations * | 1 | Type of Facility * | Main |
| Hrs of Operation | Normal Business Operations | Number of Square Feet: Dollar per Squre Feet: | 0 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Status * | 07. Documents | Closing(Start) Date Expiration Date | 04/21/99 | Mkt Status * | New Store / Same Market |
| Corp Dev Contact * | Lecia Pate | Ops Contact * | David Jayne | MCare Contact * | |
| Team Leader* | Melanie Fisher | Attorney Contact * | David Hughes | Documents Out | |

| | | | |
|---|---|---|---|
| CON Required? | No | Status: | |

SUMMARY OF CAPITALIZATION EXPENDITURES:

| | |
|---|---|
| Leasehold Improvements: | 220,000 |
| Equipment: | 1,147,870 |

AQCUISITION: SUMMARY OF OFFER:

| | | |
|---|---|---|
| Type of Purchase * | Asset | |
| Goodwill | 2,075,000 | $1,875,000 at closing $200,000 over 3 years |
| Non Compete | 500,000 | $0 at closing $500,000 over 5 years |
| A/R | 0 | Earnout Terms: Seller Retaining A/R: Added $400,000 of Working Capital |
| Equipment | 525,000 | Limited Partnership: Yes What %: 6.56% |
| TOTAL | 3,100,000 | COMMENTS: |

RETURN:

| | | |
|---|---|---|
| Current Cash Flow | $1,442,637.00 | |
| Cash Flow Multiple | 2.15 | If > 4, explain: |
| Return on Investment - ROA | 26.71% | |
| EBIT return | 32.17% | If < 25% for IP, 30% for OP, or 35% for all other, explain: |
| EBITDA return | 41.75% | If < 35% for IP, 35% for OP, or 40% for all other, explain: |
| $ Purchase Price per visit | $85,974.00 | |

# PROJECT PROFILE

Project Number: 9801051628

Is this Project a component of an IMP? ○ Yes ● No   If Yes, select IMP:

237-4876
237-8676

| | | | |
|---|---|---|---|
| Type of File* | Diagnostic - Blue | Type of Project * | Acquisition |
| Product Line | DX | HS Facility Number | (format ex: 040123-00) |
| Center Name | Medical Imaging Center of Oklahoma | Primary Center Contact: Salutation * | Dr. |
| Main Address | 1145 SW 74th Street | First Name | Tom |
| Address (2nd Line) | Bldg. A | Last Name | Woolard |
| City | Oklahoma City | Title | |
| State * | OK | County | County |
| Zip | 73139 | Phone | (800) 322-6213 |
| MSA | Oklahoma City OK MSA | Fax | (405) 631-2400 |
| Legal Name: | | Other Phone Numbers | (405) 631-6426(405) 231-9323 Dr. Woolard's Pager |
| Tax ID Number: | | Other Center Contacts | Dr. Clark Ward |
| Number of Locations * | 1 | Type of Facility * | Main |
| Hrs of Operation | Normal Business Operations | Number of Square Feet: | 0 |
| | | Dollar per Squre Feet: | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Status * | 07. Documents | Closing(Start) Date / Expiration Date | 04/21/99 | Mkt Status * | New Store / Same Market |
| Corp Dev Contact * | Lecia Pate | Ops Contact * | David Jayne | MCare Contact * | |
| Team Leader* | Melanie Fisher | Attorney Contact * | David Hughes | Documents Out | |
| CON Required? | No | Status: | | | |

SUMMARY OF CAPITALIZATION EXPENDITURES:

| | |
|---|---|
| Leasehold Improvements: | 200,000 |
| Equipment: | 525,000 |

AQCUISITION: SUMMARY OF OFFER:

| | | |
|---|---|---|
| Type of Purchase * | Asset | |
| Goodwill | 2,075,000 | $1,875,000 at closing $200,000 over 3 years |
| Non Compete | 500,000 | $0 at closing $500,000 over 5 years |
| A/R | 0 | Earnout Terms: Seller Retaining A/R: Added $400,000 of Working Capital |
| Equipment | 525,000 | Limited Partnership: Yes What %: 6.56% |
| TOTAL | 3,100,000 | COMMENTS: |

RETURN:

| | | |
|---|---|---|
| Current Cash Flow | $1,442,637.00 | |
| Cash Flow Multiple | 2.15 | If > 4, explain: |
| Return on Investment - ROA | 27.84% | |
| EBIT return | 33.44% | If < 25% for IP, 30% for OP, or 35% for all other, explain: |
| EBITDA return | 42.86% | If < 35% for IP, 35% for OP, or 40% for all other, explain: |

MRI OF OKLAH 1, LIMITED PARTNERSHIP
REVENUE & EXPENSES - INCOME TAX BASIS
FOR THE PERIOD ENDED DECEMBER 31, 1998

| | | Year to Date 12-31-98 | |
|---|---|---|---|
| ENUE | | | |
| EES | | $2,978,696.19 | 120.1 |
| EFUNDS | | (535,298.22) | (21.6) |
| INTEREST INCOME | | 35,661.87 | 1.4 |
| THER | | 770.51 | 0.0 |
| TOTAL REVENUE | | 2,479,830.35 | 100.0 |
| Professional Fee Collected in [illegible] | | 684,383.36 | |
| | | 3,164,213.60 - Total Net Revenue | |
| PENSES | | | |
| ACCOUNTING FEES | OV | 25,349.31 | 1.0 |
| ADVERTISING | mkt/Adv. | 8,952.07 | 0.4 |
| AMORTIZATION EXP | -- | 4,866.66 | 0.2 |
| AUTO | OV | 2,100.00 | 0.1 |
| BANK CHARGES | OV | 5,501.04 | 0.2 |
| COLLECTION EXP | Billing | 85.50 | 0.0 |
| COMPUTER EXPENSE | OV | 12,565.12 | 0.5 |
| CONSULTING | OV | 2,345.00 | 0.1 |
| CHEMICALS | MedSup. | 7,368.18 | 0.3 |
| CONTINUING EDUCATION | OV | 2,592.30 | 0.1 |
| CONTRACT LABOR | CL | 6,140.10 | 0.2 |
| CONTRIBUTION | OV | 1,865.60 | 0.1 |
| COURIER EXP | CL | 4,187.25 | 0.2 |
| DEPRECIATION | Depre | 106,651.32 | 4.3 |
| DUES & SUBSCRIPTIONS | OV | 13,625.93 | 0.5 |
| EMPLOYEE BENEFITS | T-B | 4,281.29 | 0.2 |
| EMPLOYEES INS. | T-B | 25,506.95 | 1.0 |
| ENTERTAINMENT & MEALS | Adv & Rt | 7,525.67 | 0.3 |
| FILING FEES | OV | 2,822.00 | 0.1 |
| EQUIP LEASE | EL | 82,988.43 | 3.3 |
| FILM | MS | 103,258.42 | 4.2 |
| CONTRAST MEDIA | MS | 24,521.08 | 1.0 |
| INTEREST | Int | 55,433.28 | 2.2 |
| INSURANCE | Ins | 25,238.92 | 1.0 |
| JANITORIAL SERVICES | OV | 4,200.00 | 0.2 |
| LEGAL FEES | OV | 6,827.55 | 0.3 |
| MAGNET -MAINTENANCE | R&M | 121,000.00 | 4.9 |
| MANAGEMENT FEES | Ad&CF | 188,123.58 | 7.6 |
| CYROGENS | MS | 35,750.00 | 1.4 |
| MEDICAL SUPPLIES | MS | 26,216.69 | 1.1 |
| MEDICAL SERVICES | MS | 3,572.75 | 0.1 |
| OFFICE SALARIES | Sal | 537,781.06 | 21.7 |
| OFFICE SUPPLIES | OV | 21,685.85 | 0.9 |
| OTHER EXPENSES | OV | 66.95 | 0.0 |
| POSTAGE | OV | 18,030.61 | 0.7 |
| PLANT RENTAL EXP | OV | 135.00 | 0.0 |
| PERMITS/FEES | OV | 27.50 | 0.0 |
| PROMOTIONS | mkt/Adv | 4,437.75 | 0.2 |

SEE ACCOMPANYING ACCOUNTANT'S REPORT

MRI OF OKLAHOMA, LIMITED PARTNERSHIP
REVENUE & EXPENSES - INCOME TAX BASIS
FOR THE PERIOD ENDED DECEMBER 31, 1998

| | Year to Date 12-31-98 | |
|---|---|---|
| RAD FEES | 144,132.07 | 5.9 |
| RENT | 45,120.00 | 1.8 |
| REPAIRS & MAINTENANCE | 59,724.51 | 2.4 |
| SECURITY EXP | 126.00 | 0.0 |
| STORAGE OFF SITE | 4,246.11 | 0.2 |
| TAXES-PAYROLL | 44,733.25 | 1.8 |
| TAXES-OTHER | 18,083.78 | 0.7 |
| TELEPHONE | 19,432.80 | 0.8 |
| TRAVEL | 2,906.90 | 0.1 |
| UTILITIES | 25,925.56 | 1.0 |
| VISA/MSTRCD | 321.63 | 0.0 |
| X-RAY SUPPLIES | 162.20 | 0.0 |
| TOTAL EXPENSES | 1,868,541.48 | 75.3 |
| NET INCOME | $ 611,288.87 | 24.7 |

SEE ACCOMPANYING ACCOUNTANT'S REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| September | 79 | $ | 13,493 | $ | - | $ | 171 |
| October | 109 | $ | 17,294 | $ | - | $ | 159 |
| November | 103 | $ | 18,481 | $ | - | $ | 179 |
| December | 107 | $ | 18,743 | $ | - | $ | 175 |
| Total | 1,258 | $ | 225,594 | $ | - | | |
| AVERAGE | 105 | $ | 18,799 | $ | - | $ | 179 |

## Mammography

| Month | # of Scans | | Revenue | | Collections | | Rev/Scan |
|---|---|---|---|---|---|---|---|
| January | 410 | $ | 33,366 | $ | - | $ | 81 |
| February | 434 | $ | 35,538 | $ | - | $ | 82 |
| March | 421 | $ | 34,992 | $ | - | $ | 83 |
| April | 449 | $ | 37,290 | $ | - | $ | 83 |
| May | 370 | $ | 30,236 | $ | - | $ | 82 |
| June | 429 | $ | 35,646 | $ | - | $ | 83 |
| July | 374 | $ | 30,778 | $ | - | $ | 82 |
| August | 319 | $ | 26,220 | $ | - | $ | 82 |
| September | 458 | $ | 36,911 | $ | - | $ | 81 |
| October | 548 | $ | 44,534 | $ | - | $ | 81 |
| November | 449 | $ | 36,729 | $ | - | $ | 82 |
| December | 459 | $ | 38,247 | $ | - | $ | 83 |
| Total | 5,120 | $ | 420,538 | $ | - | | |
| AVERAGE | 427 | $ | 35,045 | $ | - | $ | 82 |

## X-Ray

| Month | # of Scans | | Revenue | | Collections | | Rev/Scan |
|---|---|---|---|---|---|---|---|
| January | 43 | $ | 4,139 | $ | - | $ | 96 |
| February | 40 | $ | 3,364 | $ | - | $ | 84 |
| March | 81 | $ | 6,621 | $ | - | $ | 82 |
| April | 79 | $ | 6,734 | $ | - | $ | 85 |
| May | 46 | $ | 3,223 | $ | - | $ | 70 |
| June | 47 | $ | 3,728 | $ | - | $ | 79 |
| July | 31 | $ | 2,147 | $ | - | $ | 69 |
| August | 28 | $ | 2,009 | $ | - | $ | 72 |
| September | 44 | $ | 3,953 | $ | - | $ | 90 |
| October | 79 | $ | 3,564 | $ | - | $ | 45 |
| November | 28 | $ | 2,600 | $ | - | $ | 93 |
| December | 26 | $ | 1,763 | $ | - | $ | 68 |
| Total | 572 | $ | 43,844 | $ | - | | |
| AVERAGE | 48 | $ | 3,654 | $ | - | $ | 77 |

## TOTAL

| Month | # of Scans | | Revenue | | Collections | | Rev/Scan |
|---|---|---|---|---|---|---|---|
| January | 873 | $ | 307,373 | $ | 216,556 | $ | 353 |
| February | 889 | $ | 315,957 | $ | 259,717 | $ | 355 |
| March | 902 | $ | 317,241 | $ | 245,516 | $ | 352 |
| April | 936 | $ | 316,333 | $ | 187,394 | $ | 338 |
| May | 776 | $ | 299,335 | $ | 234,824 | $ | 386 |
| June | 853 | $ | 290,493 | $ | 196,804 | $ | 341 |
| July | 767 | $ | 269,854 | $ | 229,700 | $ | 352 |
| August | 717 | $ | 272,659 | $ | 168,795 | $ | 380 |
| September | 866 | $ | 291,670 | $ | 136,220 | $ | 337 |
| October | 1,020 | $ | 295,313 | $ | 179,177 | $ | 290 |
| November | 828 | $ | 299,425 | $ | 204,415 | $ | 362 |
| December | 855 | $ | 295,930 | $ | 183,672 | $ | 346 |
| Total | 10,282 | $ | 3,572,082 | $ | 2,442,789 | | |
| AVERAGE | 857 | $ | 297,673 | $ | 203,566 | $ | 347 |

**Referring Physicians:**

| Name | Specialty | # of Referrals | $ of Referrals | % of Referrals | Type of Referral | % Ownership |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Cruse, D.O. | Ortho | - | $ 130,179 | 0% | 0 | 0% |
| G. Smith, D.O. | Ortho | - | $ 124,705 | 0% | 0 | 0% |
| Tinker Air Force | Mix | - | $ 112,145 | 0% | 0 | 0% |
| R. Langerman, O.D. | Ortho | - | $ 75,342 | 0% | 0 | 0% |
| T. McDermott, D.O. | ER Med | - | $ 67,808 | 0% | 0 | 0% |
| H. Serauge, M.D. | Ortho | - | $ 66,192 | 0% | 0 | 0% |
| G.D. Casper, M.D. | Ortho | - | $ 29,923 | 0% | 0 | 0% |
| T. Ewing, D.O. | Ortho | - | $ 50,621 | 0% | 0 | 0% |
| J. Rosacker, M.D. | Ortho | - | $ 28,526 | 0% | 0 | 0% |
| J. Minter, D.O. | Ortho | - | $ 49,614 | 0% | 0 | 0% |

## COLLECTION % ANALYSIS

| Month | Current | 6 Month | 9 Month |
|---|---|---|---|
| March | 80% | | |
| April | 59% | | |
| May | 74% | | |
| June | 62% | | |
| July | 77% | | |
| August | 58% | 68% | |
| September | 50% | 64% | |
| October | 66% | 65% | |
| November | 70% | 64% | 64% |
| Total | 66% | 65% | 65% |

| | |
|---|---|
| Net Revenue Per Scan | $ 228 |

+ 70.16: Professional Fee Net Income (See Due Diligence of Prof. Fee)

298.16 Total Net Revenue

Comments:

## ACCOUNTS RECEIVABLE ANALYSIS:

| Month | Dollars | Percent |
|---|---|---|
| Current | $ 295,930 | 31% |
| 31-60 | $ 71,225 | 8% |
| 61-90 | $ 58,844 | 6% |
| 91-120 | $ 35,653 | 4% |
| 121-150 | $ 483,278 | 51% |
| 151+ | $ - | 0% |
| Total | $ 944,930 | 100% |
| Credit Balance | $ - | |
| Debit Balance A.R. | $ 944,930 | |

## A/R VALUATION:

| | |
|---|---|
| Debit Balance A/R | $ 944,930 |
| Discount Rate | 35.52% |
| Reserve For Contractual | $ 335,595 |
| Account 121-150 Days | $ 483,278 |
| Collection Rate | 65% |
| Cash Value 121-150 Days | $ 316,484 |
| Bad Debt Percentage | 80% |
| Reserve For Bad Debt | $ 253,187 |
| Account >151 Days | $ - |
| Collection Rate | 65% |
| Cash Value >151 Days | $ - |
| Bad Debt Percentage | 90% |
| Reserve For Bad Debt | $ - |

| Type of Valuation Used: | | |
|---|---|---|
| | Discount /Aging Method | xxxxxxxx |
| | Net A/R Days Method | |

ACCTS. RECEIVABLE SUMMARY VALUATIO.

| (Discount/Aging Method) | | |
|---|---|---|
| Gross Accounts Receivable | $ | 944,930 |
| Reserve for Contractuals | $ | 335,595 |
| Reserve for Bad Debt 120-150 | $ | 253,187 |
| Reserve for Bad Debt 150+ | $ | - |
| Credit Balances | $ | - |
| A/R Cash Value | $ | 356,148 |

CONTRACTUAL ADJUSTMENT PERCENTAGE

| FINANCIAL CLASS | PERCENT OF REVENUE | F.S.C. DISCOUNT RATE | PROFORMA PERCENT OF REVENUE | YEAR 1 PRO FORMA DISCOUNT % | YEAR 2 PROFORMA DISCOUNT % | YEAR 3 PROFORMA DISCOUNT % |
|---|---|---|---|---|---|---|
| Medicare | 7% | 48% | 7% | 3.36% | 3% | 4% |
| Work Comp | 16% | 30% | 16% | 4.72% | 5% | 5% |
| Commercial | 4% | 0% | 4% | 0.00% | 0% | 0% |
| Medicaid | 3% | 100% | 3% | 3.00% | 3% | 3% |
| Other | 0% | 0% | 0% | 0.00% | 0% | 0% |
| HMO / PPO | 53% | 30% | 53% | 15.64% | 17% | 19% |
| Blue Cross | 7% | 30% | 7% | 2.07% | 2% | 2% |
| Atty Liab | 7% | 30% | 7% | 2.07% | 2% | 2% |
| Self Pay | 1% | 0% | 1% | 0.00% | 0% | 0% |
| Capitation | 2% | 30% | 2% | 0.59% | 1% | 1% |
| Bad Debt | 0% | 0% | 0% | 3.00% | 3% | 3% |
| Total | 100.00% | | 100.00% | 34% | 36% | 38% |

| | | YEAR 1 | YEAR 2 | YEAR 3 |
|---|---|---|---|---|
| CURRENT ACQUISITION REVENUE PER SCAN | | $ 347 | | |
| CURRENT ACQUISITION NET REVENUE PER SCAN | | $ 228 | | |
| PROPOSED GROSS REVENUE PER SCAN | | $ 347 | $ 347 | $ 347 |
| PROPOSED NET REVENUE PER SCAN | | $ 228 | $ 222 | $ 213 |
| PROPOSED CHANGE IN NET REVENUE PER SCAN | | 0% | | |
| REVENUE MIX OBTAINED FROM: | | | | |
| XXXXXXXXXXX | COMPUTER GENERATED REPORT | | | |
| | ESTIMATED BY FACILITY STAFF | | | |
| | OTHER (SPECIFY) | | | |

Assignability of HMO/PPO Contracts

| Payor | Assignment | Comments |
|---|---|---|
| Blue Lincs | 0 | Contract has a capitated agreement for Mammography only |
| Blue Lincs | 0 | HMO contract covers Diagnostic Rad., Breast US. |
| 0 | 0 | Diag. Mammography & MRI |
| CompMed | Yes | Written Consent |
| Prudential | Yes | Written Consent |
| HealthChoice | ???? | No assignability clause |
| Aetna | ???? | No assignability clause |
| Foundation | ???? | No assignability clause |

OTHER COMMENTS:

**)ther Income:**

rofessional Fees for MICO

| Month | Scans | Charges | Payments |
|---|---|---|---|
| anuary | 585 | $ 56,036 | $ 72,399 |
| ebruary | 467 | $ 74,614 | $ 87,709 |
| larch | 502 | $ 64,160 | $ 61,161 |
| .pril | 587 | $ 68,862 | $ 57,071 |
| lay | 622 | $ 62,206 | $ 54,619 |
| une | 486 | $ 57,221 | $ 56,983 |
| uly | 430 | $ 55,862 | $ 54,564 |
| .ugust | 472 | $ 55,824 | $ 44,868 |
| eptember | 471 | $ 57,358 | $ 51,749 |
| )ctober | 450 | $ 60,137 | $ 43,568 |
| lovember | 392 | $ 61,018 | $ 54,993 |
| )ecember | 1514 | $ 73,787 | $ 44,700 |
| Total | 6978 | $ 747,585 | $ 684,383 |

Collection Rate 0.65487

Gross Rev/Scan $ 107.13 *Gross revenue divided by total scans
Net Rev/Scan $ 70.16 *Gross revenue per scan multiplied collection rate

Note the revenues demonstrated in the spreadsheet are not included in the above statistical data; therefore, with the combination of both spreadsheets the sum is $298/scan.

| Month | | Net Collections | | Professional Fees | | Bank Statements |
|---|---|---|---|---|---|---|
| January | $ | 216,556 | $ | 72,399.04 | $ | 273,744.91 |
| February | $ | 259,717 | $ | 87,708.64 | $ | 303,476.47 |
| March | $ | 245,516 | $ | 61,161.36 | $ | 297,777.53 |
| April | $ | 187,394 | $ | 57,071.37 | $ | 238,372.14 |
| May | $ | 234,824 | $ | 54,619.19 | $ | 273,216.50 |
| June | $ | 196,804 | $ | 56,983.28 | $ | 244,710.01 |
| July | $ | 229,700 | $ | 54,564.04 | $ | 275,266.22 |
| August | $ | 168,795 | $ | 44,868.03 | $ | 207,779.73 |
| September | $ | 136,220 | $ | 51,748.77 | $ | 183,902.18 |
| October | $ | 179,177 | $ | 43,567.56 | $ | 213,702.98 |
| November | $ | 204,415 | $ | 54,992.53 | $ | 245,119.25 |
| December | $ | 183,672 | $ | 44,699.55 | $ | 220,628.27 |
| **Total** | **$** | **2,442,788.72** | **$** | **684,383.36** | | **2,977,696.19** |

Referral Update
Comparison:

Referring Physicians: January - December 1998 12 months

| Name | Specialty | # of Referrals | $ of Referrals | % of Referrals By Scan | % of Referrals By $ Amt | % wnership | Type of Referral |
|---|---|---|---|---|---|---|---|
| A. Cruse, D.O. | Ortho | 143 | $ 123,669.88 | 1.3% | 3.4% | | |
| G. Smith, D.O. | Ortho | 175 | $ 157,009.72 | 1.7% | 4.4% | | |
| Tinker Air Force | Mix | 478 | $ 259,854.77 | 4.5% | 7.2% | | |
| R. Langerman, O.D. | Ortho | 76 | $ 70,431.16 | 0.7% | 2.0% | | |
| T. McDermott, D.O. | ER Med | 32 | $ 30,540.20 | 0.3% | 0.9% | | W. Comp |
| H. Seradge, M.D. | Ortho | 214 | $ 92,447.64 | 2.0% | 2.6% | | Arms/Hands |
| G.D. Casper, M.D. | Ortho | 11 | $ 9,219.98 | 0.1% | 0.3% | | Spine |
| T. Ewing, D.O. | Ortho | 23 | $ 13,194.54 | 0.2% | 0.4% | | |
| J. Rosacker, M.D. | Ortho | 50 | $ 48,578.20 | 0.5% | 1.4% | | |
| J. Minter, D.O. | Ortho | 0 | $ - | 0.0% | 0.0% | | |
| J. Pardee, M.D. | ER Med | 30 | $ 21,002.54 | 0.3% | 0.6% | | W. Comp |
| C. Codding, M.D. | Rheumatologist | 312 | $ 102,381.21 | 2.9% | 2.8% | | |
| M. Woodward, M.D. | Fam. Med. | 484 | $ 127,735.53 | 4.6% | 3.6% | | |

272 persons deducted from Total Revenue: Year 1.

Overall Totals 10602 $ 3,592,776

Referring Physicians: October '96 - May '97 8 months

| Name | Specialty | # of Referrals | $ of Referrals | % of Referrals By Scan | % of Referrals By $ Amt | % wnership | Type of Referral |
|---|---|---|---|---|---|---|---|
| A. Cruse, D.O. | Ortho | 171 | $ 130,178.79 | 5.0% | 5.0% | | |
| G. Smith, D.O. | Ortho | 163 | $ 124,705.00 | 4.7% | 4.8% | | |
| Tinker Air Force | Mix | 310 | $ 112,145.45 | 9.0% | 4.3% | | |
| R. Langerman, O.D. | Ortho | 94 | $ 75,342.00 | 2.7% | 2.9% | | |
| T. McDermott, D.O. | ER Med | 88 | $ 67,808.00 | 2.6% | 2.6% | | W. Comp |
| H. Seradge, M.D. | Ortho | 85 | $ 66,191.78 | 2.5% | 2.5% | | Arms/Hands |
| G.D. Casper, M.D. | Ortho | 43 | $ 29,922.78 | 1.2% | 1.1% | | Spine |
| T. Ewing, D.O. | Ortho | 100 | $ 50,621.40 | 2.9% | 1.9% | | |
| J. Rosacker, M.D. | Ortho | 41 | $ 28,526.00 | 1.2% | 1.1% | | |
| J. Minter, D.O. | Ortho | 97 | $ 49,613.98 | 2.8% | 1.9% | | |
| J. Pardee, M.D. | ER Med | 74 | $ 47,718.00 | 2.1% | 1.8% | | W. Comp |
| C. Codding, M.D. | Rheumatologist | 76 | $ 42,911.64 | 2.2% | 1.6% | | |
| M. Woodward, M.D. | Fam. Med. | 190 | $ 42,653.87 | 5.5% | 1.6% | | |

Overall Totals 3,443 $2,612,081

*HEALTHSOUTH* Corporation
**Diagnostic Due Diligence**
*Managed Care Questionaire*

| | |
|---|---|
| Project Name: | MICO |
| Due Dil. #: | 97141 |
| City: | Oklahoma City |
| State: | OK |
| Scans/Day: | 43 |
| HMO/PPO Mix: | 53% |

*Financial Analyst:*

1) What is HEALTHSOUTH's HMO/PPO net revenue per CT scan in the state and city / MSA?
City/MSA (or closest) OK City County of Project
Dates Used:
Net revenue Per MRI Scan Amount: $795 Net Revenue for all Modalities combined: $301

2) What is the project's current HMO/PPO net revenue per visit?
Based on MRI scan of the L-Spine average $632

3) Are there any worker's compensation managed contracts that are significant? What is the reimbursement?
WC is 16% of the mix
COMP MED

4) Can we detail the Blue Cross product lines? If so, what is the mix and reimbursement of each?
BC/BS is 7% of the mix MICO's charge for MRI of L-Spine - $1,980.00
Fee Schedule

| | | | Maximum Reimbursement Allowance |
|---|---|---|---|
| Blue Tradid Exc MRI L-sp | 28.80 x 60.00 | $ 1,728.00 | 13% |
| Blue Choice: | 28.80 x 54.00 | $ 1,555.00 | 21% |
| Blue Preferred: | 28.80 x 44.42 | $ 1,279.00 | 35% |
| | 28.80 x 53.92 | $ 1,553.00 | 22% |

HMO Blue Lines* CAP Payment Amt: $ .28 Per Member Per Month

*Project's Existing Managed Care Contract Information:*

| Payor | % Total Rev | Assignable (Y / N) | Type of Contract (HMO/PPO/CAP) | Type of Scan (See below *) | Avg. Reimb. Per Visit | *Expected Reimb As HEALTHSOUTH Facility* | Is the payor under Network, IPA (Y/N) | Network or IPA Name |
|---|---|---|---|---|---|---|---|---|
| CompMed | 2% | Yes | 0 | MRI w/woc | $ 780 | | 0 | 0 |
| Prudential | 3% | Yes | 0 | MRI Lspine woc | $ 645 | | 0 | 0 |
| HealthChoice | 1% | No Assign | 0 | CT Brain w/woc | $ 506 | | 0 | 0 |
| Aetna | 1% | No Assign | 0 | MRI C-spine | $ 613 | | 0 | 0 |
| Foundation | 12% | No Assign | 0 | | $ - | | 0 | 0 |
| Cigna | | Yes | 0 | 0 | $ - | | 0 | 0 |
| Focus | | ???? | 0 | Mammo/Screen | $ 69 | | 0 | 0 |
| MCO | | Yes | 0 | | $ - | | 0 | 0 |
| HHPO | | Yes | 0 | | $ - | | 0 | 0 |
| Integris | | No Assign | 0 | | $ - | | 0 | 0 |
| UtiliMed | | No Assign | 0 | | $ - | | 0 | 0 |
| Blue Lines HMO | 2% | ???? | CAP | Mammo | $ - | | 0 | 0 |
| BC/BS | 7% | ???? | 0 | MRI Lspine w/woc | $ 390 | | 0 | 0 |
| Champus/Tricare | | ???? | 0 | MRI Pelvis w/ | $ 491 | | 0 | 0 |

* CAPITATION =CA
PER DIEM = PD
CASE RATE = CR
% OF CHARGES =PC
FEE SCHEDULE = FS
OTHER = OT

*Managed Care Contact Person:*

1) Please fill in the expected reimbursement as a Healthsouth facility section in grid above.

2) Are there any payors / networks listed above with which HEALTHSOUTH could have problems with *assignability* of the contract?
YES
NO

If yes, please list and identify reasons.
It appears that development has listed some plans such as Foundation, HealthChoice etc as payer who will not assig assign I feel confident that I can get these agreements assigned or new agreements completed, however, with the payor listed as Integrisl do not believe I will be able to assign this agreement.

3) Are there any significant existing contracts of the seller in which you know of a forthcoming change in reimbursement?
Please include any contracts listed above in which Healthsouth is in the process of renegotiating a lower rate.

edical Imaging Center of Oklahoma
klahoma City, OK

urrent Staffing

| nployee | Employee # | Title | Earnings/Hou | Yearly Salary | |
|---|---|---|---|---|---|
| Michelle Tyner | 9028 | MRI/CT Tech | 23.06/hour | $ 47,964.80 | |
| sa A. Stewart | 9039 | Mammo Tech | 14.25/hour | $ 29,640.00 | |
| ane Skinner | 7005 | Mammo Tech | 14.00/hour | $ 29,120.00 | |
| chele E. Fieck | 9024 | MRI/CT Tech | 20.43/hour | $ 42,494.40 | |
| auna L. Henderson | 9054 | Ultrasound Tech | 20.00/hour | $ 41,600.00 | |
| acalan Taylor | 5005 | Business Manager | 9.37/hour | $ 19,489.60 | |
| arsha G. Bowling | 5017 | Transcriptionist | 11.00/hour | $ 22,880.00 | |
| ula Fulton | 9027 | Executive Director | Salary | $ ~~75,000.00~~ 60 | |
| rri R. Douglas | 9037 | Coding/Data Entry | 12.00/hour | $ 12,480.00 | *Job Shares with Brenda Adams |
| enda L. Adams | 2075 | Coding /Data Entry | 12.00/hour | $ 12,480.00 | *Job Shares with Terri Douglas |
| nber M. Campbell | 9059 | Scheduler | 8.00/hour | $ 16,640.00 | |
| ancy J. Flinton | 9025 | Marketing | Salary | $ 38,200.00 | |
| | | | Total | $ 387,988.80 | |
| eller has agreed to reduce salaries by $30,000 prior to closing | | | | $357,988.80 | |

alary Adjustments in Proforma

ecrease in Salaries from the Annualized # of $431,131 is due to the following employees ho are no longer employed by MICO, but salaries remain in the annualized salary number.

| | | | | |
|---|---|---|---|---|
| Baldwin | Bus. Man | Salary | | $40,000.00 |
| Replaced by Macalan Taylor w/ no increase in salary | | | | $19,489.60 |
| iane Inman | Head Tech | Salary | | $48,000.00 |
| Replaced by Michele Fieck | | | | $42,494.00 |
| like O'Neal | Techn | | $19.72 | $41,017.00 |
| Was not replaced | | | | |
| larti Crissup | Data Entry | | $9.00 | 18,720.00 |
| Was not replaced | | | | |

LSO, THERE IS $106,650.97 RUNNING THROUGH THE ANNUALIZED SALARIES WHICH ARE BILLING EMPLOYEES. THIS COST HAS BEEN SHIFTED DOWN TO THE BILLING LINE ITEM IN VARIABLE EXPENSES.

MRI of Oklahoma Limited Partnership

Equipment

| Item | Date | Cost | Value | Upgrade/new |
|---|---|---|---|---|
| **Ultrasound** | | | | |
| Acuson 128 XP Computer Sonography Sys — It has the capability of performing 2-D imaging, Spectral Doppler, Color Doppler Imaging Fetal M-mode, and obstetrical and vascular calculations. The resolution and clarity provides for clear visualization of the tissues being imaged. The system has a single viewing monitor which is attached to the complete unit. | 12/31/93 | 153,000.00 | $40,000 | |
| Laerdal - Infant Rescue | 11/12/93 | 284.26 | $3,000 (Laerdal through Transducer) | |
| DuPont Camera | 1/30/95 | 4,411.95 | | |
| Adv-Img CCD Camera | 4/13/95 | 6,525.90 | | |
| Transducer - Arterial Pressures | 4/29/96 | 3,229.80 | | |
| **Mammography** | | | | |
| Lorad MII — Basic screening Machine; 25-40 KV; 200MAS maximum; Moly target and filter; Aluminum filter for higher KV usage; Short source to image distance | 3/1/95 | 21,675.00 | $10,000 | $70,000 |
| Mammo processor | 10/21/96 | 7,044.38 | $4,000 | |
| **MRI** | | | | |
| GE Signa 1.5 Tesla — 4x System with Mag Transfer and Phased Array | 4/24/91 | 2,082,430.75 | $500,000 (GE Signa through Shoulder Coil) — 3/31/99 GE will allow 250,000 for a trade in on this equipment. LD | ~~$1,000,000 Upgrade to a Horizon + Mobile Rental $65,000~~ |
| Ant/Post Neck Coil | 7/25/91 | 12,525.00 | | |
| Optical Disc | 7/27/92 | 18,254.87 | | |
| Phased Array | 9/15/92 | 225,311.70 | | |
| Scanner Component | 12/14/92 | 947.35 | | |
| Coils | 9/1/93 | 13,189.60 | | |
| Pulseoximeter | 11/22/93 | 4,159.40 | | |
| Breast Coils | 2/25/94 | 19,665.55 | | |
| Independent Console | 5/24/94 | 184,237.50 | | |
| New Door MRI | 8/11/94 | 3,200.00 | | |
| Breast Coils | 5/25/95 | 1,025.00 | | |
| Shoulder Coil | 5/15/97 | 7,050.00 | | |
| **CT** | | | | |
| GE Systec 3000i — with Front Load Iodine injector | 9/1/93 | 388,854.00 | $100,000 | |
| Optical Disk | 8/9/95 | 1,308.23 | | |
| Storage Units | 7/3/97 | 4,860.00 | | |
| **X-ray** | | | | |
| Fluoroscopy Diagnostic Xray GE Flouricon | 2/5/92 | 11,704.06 | $2,000 | |
| 2 view box | 7/1/93 | 584.55 | | |
| Xray IV Pole | 11/22/93 | 641.45 | | |
| Xray Table | 7/12/94 | 600.00 | | |

$659,000

(250,000)

409,000

TOTAL P.02

Sheet3

| Medical Imaging of Oklahoma City | | | | |
|---|---|---|---|---|
| Oklahoma City, OK | | | | |
| | | | | |
| | | | | |
| Repair & Maintance Overview | | | | |
| | | | | |
| **Modality** | **Contract** | **Current Cost** | **Year 1** | **Year 2 & 3** |
| MRI | Yes | $ 144,000.00 | $ ~~50,400.00~~ | ~~$ 125,000.00~~ |
| CT | No: P&L | $ 5,000.00 | $ 56,630.00 | $ 56,630.00 |
| MM | No: P&L | $ 850.00 | $ 8,000.00 | $ 8,000.00 |
| U/S | Yes | $ 13,700.00 | $ 13,700.00 | $ 15,000.00 |
| X-Ray | No: P&L | $ 213.00 | $ 13,500.00 | $ 13,500.00 |
| **Total** | | **$ 163,763.00** | **$ 142,230.00** | **$ 218,130.00** |

yr 3

116,000 MRI
60,000 CT
36,000 other (MM, US, & R)

212,000 YR 2 Per D. Jayne 2-5